UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOGO APPAREL, INC., a New York Corporation,<br><br>Plaintiff,<br><br>-against-<br><br>CHARLOTTE RUSSE HOLDING, INC., a California Corporation; and DOES 1-10,<br><br>Defendants. | 1:19-cv-478-MKV<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/6/2020

Whereas this case has been assigned to me for all purposes, it is hereby,

ORDERED that Plaintiff should file a status letter informing the Court if there have been any changes in Defendant Charlotte Russe Holding, Inc.'s bankruptcy status no later than **March 20, 2020.**

The status letter should not exceed three pages and should be filed on ECF. Plaintiff should continue to file a status letter every 90 days as required by this Court's order, entered by Judge Oetken, on May 3, 2019 [ECF 14].

**SO ORDERED.**

Date: **March 6, 2020**
**New York, NY**

_Mary Kay Vyskocil_
**MARY KAY VYSKOCIL**
**United States District Judge**