| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 4/23/2020 |
| GOGO APPAREL, INC., a New York Corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　　-against-<br><br>CHARLOTTE RUSSE HOLDING, INC., a California Corporation; and DOES 1-10,<br><br>　　　　　　　　　Defendants. | 1:19-cv-478-MKV<br><br>ORDER |

**MARY KAY VYSKOCIL, United States District Judge:**

On March 6, 2020, the Court entered an order reminding Plaintiff of its obligation to file status reports every 90 days and instructing it to file one on or before March 20, 2020 – five months after the last status report had been filed [ECF No. 17]. As of the date of this order, Plaintiff has not done so.

It is therefore ORDERED that Plaintiff should file a status letter in compliance with the Court's March 6, 2020 order on or before **May 8, 2020.**

**SO ORDERED.**

**Date: April 23, 2020**　　　　　　　　　　　　　_____
**　　　　New York, NY**　　　　　　　　　　　　**MARY KAY VYSKOCIL**
　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**