```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/21/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GOGO APPAREL, INC., a New York Corporation,

                Plaintiff,

-against-

CHARLOTTE RUSSE HOLDING, INC., a California Corporation; and DOES 1-10,

                Defendants.

1:19-cv-478-MKV

ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

On March 6, 2020, the Court entered an order reminding Plaintiff of its obligation to file status reports every 90 days [ECF No. 17]. Since that time, it has had to remind Plaintiff of its continuing obligation to provide status updates several times. [ECF Nos. 18, 21, 23, 24].

It is therefore ORDERED that Plaintiff should file a status letter in compliance with the Court's March 6, 2020 order on or before **October 28, 2021.**

**SO ORDERED.**

**Date:  October 21, 2021**
**New York, NY**

                                                    */s/ Mary Kay Vyskocil*
                                                    **MARY KAY VYSKOCIL**
                                                    **United States District Judge**